# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **5:05-CR-71 (WDO)** |
| **AREON RAMON OUTLAW,** : | |
| : | |
| **Defendant** : | |

## ORDER

Having reviewed and considered Defendant's Motion to Continue, IT IS HEREBY ORDERED that the pretrial conference and trial of this case be continued to the October term of court in order to give defense counsel adequate time to review the materials received from the government.

IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 (h) of the Speedy Trial Act.

**SO ORDERED this 28th day of June, 2006.**

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**